PHILLIPS DAYES LAW GROUP, P.C.
SUITE 1500
3101 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85012
(602) 288-1610
ATTORNEYS FOR PLAINTIFF

JOHN L. COLLINS (#030351)
johnc@phillipsdayeslaw.com
(602) 288-1610 ext. 132

TREY DAYES (#020805)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Charrie Sternberger, a single woman;<br><br>        Plaintiff,<br><br>    vs.<br><br>Jonathan Gilleland and Carrie Gilleland, husband and wife, individually and doing business as Goldencrest Enterprises, Inc., and as Legal Consumer Aid; and Goldencrest Enterprises, Inc., a dissolved Nevada corporation;<br><br>        Defendants. | Case No.: CV-13-02370-PHX-JAT<br><br>**PLAINTIFF'S MOTION TO STRIKE** |

Plaintiff, by and through Counsel of record, respectfully requests that this Court Strike the document entitled "Defendant's Response," filed on March 19, 2014 (Dkt. at 15), on behalf of Defendant Golden Crest Enterprises, Inc., by an individual admitting that he is not admitted to practice law in the State of Arizona. Pursuant to Arizona Supreme Court Rule 31(b), "no person shall practice law in this state or represent in any way that he or she may practice law in this state unless the person is an active member of the state bar." Although a number of exceptions to this rule exist, nothing allows an employee or officer of a business entity to represent the entity in this Court in an action for discrimination. *See* Ariz. S. Ct. R. 31(d).

1  Because this Court should not condone an attempt to practice law without authority or license

2  to do so from the Supreme Court, Defendant's Response should be stricken.

3  Dated: June 5, 2014                               Respectfully submitted,

4                                                    **PHILLIPS DAYES LAW GROUP PC**

5                                                    By  /s/John L. Collins
                                                         John L. Collins
6                                                        johnc@phillipsdayeslaw.com

7                                                    Attorneys for Plaintiff

8

9                              **CERTIFICATE OF SERVICE**

10     I hereby certify that on June 5, 2014, I electronically transmitted the attached document
   to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of
11 Electronic Filing to the following registrants:

12     (None)

13     I further certify that on June 5, 2014, I served a copy of the attached document by First
   Class Mail, postage prepaid, to each of the following:
14

15 Jonathan Gilleland                                Carrie Gilleland
   3321 W Aire Libre Ave                             3321 W Aire Libre Ave
   Phoenix, AZ  85053                                Phoenix, AZ  85053
16 *Defendant*                                       *Defendant*

17 Goldencrest Enterprises, Inc.
   3321 W Aire Libre Ave
18 Phoenix, AZ  85053
   *Defendant*
19
   By: /s/Ron Foltz
20      Ron Foltz
        Legal Case Manager (Non Attorney)
21      for John L. Collins

22

23

24

25