# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charrie Sternberger,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jonathan Gilleland, et al.,<br><br>　　　　　Defendants. | No. CV-13-02370-PHX-JAT<br><br>**ORDER** |

　　　Pursuant to the stipulation of the parties (Doc. 24),

　　　IT IS ORDERED dismissing this case, with prejudice, each party to bear its own fees and costs.

　　　Dated this 25th day of August, 2014.

James A. Teilborg
Senior United States District Judge